IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

**Alexandria Division**

| | |
|---|---|
| TRUSTEES OF THE PLUMBERS AND PIPEFITTERS NATIONAL PENSION FUND, et al., ) ) ) ) ) Plaintiffs, ) ) v. ) ) AMERICAN HVAC SERVICES, ) INCORPORATED, ) ) Defendant. ) | Civil Action No. 06-0952 |

## ORDER

This matter comes before the Court on the Report and Recommendation of the Magistrate Judge dated February 8, 2007. The Defendant has not filed any objections to the Report and Recommendation. Based on a de novo review of the evidence in this case, the Court adopts the findings and recommendation of the Magistrate Judge, and it is hereby

ORDERED that (1) judgment is entered against Defendant and Plaintiffs are awarded the sum of $12,096.33 and (2) injunctive relief is granted and Defendant is required to make all payments when due.

```
                                    /s/
                              CLAUDE M. HILTON
                              _____
                              UNITED STATES DISTRICT JUDGE
```

Alexandria, Virginia
April 6, 2007